JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOAIZA, | CV 21-874 PA (AGRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| PRIMARY COLOR, INC. et al., | |
| Defendants. | |

Pursuant to the Court's May 14, 2021 Minute Order dismissing this action for lack of prosecution and for failure to comply with Federal Rule of Civil Procedure 4(m),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: May 14, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE